# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KENNEDY,**

    **Plaintiff,**

v.                                                            Case No:   6:17-cv-547-Orl-31KRS

**JPPG, LLC., ARKE, INC. and JAO THAI KITCHEN, INC.,**

    **Defendants.**

## ORDER

This matter is before the Court on the Plaintiff's Objection (Doc. 15) to the Report and Recommendation of Judge Spaulding (Doc. 7).

In her Report, Judge Spaulding recommended that Plaintiff's claims be severed into separate lawsuits. This recommendation is based on her conclusion that joinder under Rule 20(a)(2)(A) is not warranted because all of these claims do not arise out of the same transaction, occurrence, or series of transactions or occurrences, and because in any event, joinder would create the potential for prejudice, expense, or delay.

After *de novo* review, the Court concurs with the Report and Recommendation. It is, therefore

**ORDERED** that Plaintiff's objection is overruled and the Report and Recommendation of Judge Spaulding is CONFIRMED and ADOPTED as a part of this Order.

In accordance with the Report and Recommendation, it is further **ORDERED** that:

(1) This case is severed into separate lawsuits, as specified below, with the claims Plaintiff asserts jointly against Suncrest Plaza and Cerrato's Italian Market remaining in the

instant case;

(2) Plaintiff shall file an amended complaint in this case by May 19, 2017, that asserts only the claims she pursues jointly against Suncrest and Cerrato's;

(3) If Plaintiff wishes to proceed with the remainder of her claims, she must file separate actions and pay the filing fee for each new case. The Clerk of Court shall advise chambers when the severed claims are filed as new cases so that the Court may consider whether to consolidate all cases filed pursuant to this Order before the same District Judge and Magistrate Judge.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 9, 2017.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party